OPINION — AG — ** SPECIAL ELECTION — LEGISLATIVE DISTRICT ** " AN OPINION ON THE LEGALITY OF SPECIAL ELECTION FOR THIS SENATORIAL DISTRICT RECENTLY CALLED BY GOVERNOR GARY. SINCE OKMULGEE COUNTY FUNDS WOULD BE EXPENDED I HAVE BEEN CALLED UPON A LEGAL ADVISOR FOR THE COUNTY ELECTION BOARD TO RENDER AN OPINION UPON THE NECESSITY OF AND THE LEGALITY OF SAID ELECTION. CITE: ARTICLE VI, SECTION 5, ARTICLE V, SECTION 30, ARTICLE V, SECTION 20, 26 O.S. 541 [26-541], 26 O.S. 113 [26-113] (FRED HANSEN)